STATE v. HARRY EDWARD PINDELL.

(Filed 20 April, 1966.)

APPEAL by defendant from *Bailey, J.,* December Criminal Session 1965 of WAKE.

The defendant, Harry Edward Pindell, along with three other persons, was charged in a bill of indictment with the felonious breaking and entering of the Raleigh Loan Office on 5 August 1965, which business establishment is owned by Isadore Golden. In a second count in the bill of indictment the defendant and others were charged with the larceny of certain itemized articles of merchandise owned by Isadore Golden, trading as Raleigh Loan Office, of the value of $2,000.

The jury returned a verdict of guilty as charged. From the judg-

ments imposed on the respective counts the defendant appeals, assigning error.

*Attorney General Bruton and Deputy Attorney General Moody for the State.*
*Earle R. Purser for defendant.*

PER CURIAM. The defendant assigns as error the failure of the court below to sustain his motion for judgment as of nonsuit interposed at the close of the State's evidence and renewed at the close of all the evidence. The State's evidence was sufficient to require the submission of the charges of breaking and entering and larceny to the jury. This assignment of error is overruled.

The remaining assignments of error have been carefully examined and in our opinion they present no prejudicial error. In the trial below we find

No error.

MOORE, J., not sitting.